**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

In re )
  **Aaron Mackenzie Brinegar** ) Case No. **23−32080−dwh13**
) 
Debtor(s) ) 341(a) WORKSHEET
)
) First Meeting Date: 10/10/23
)
)
Debtor's Address:    3705 SE 63rd Avenue       Jt. Debtor's Address:
                      Portland, OR 97206

Attorney: THOMAS A McAVITY          Trustee: Wayne Godare

FAILED To Complete §341(a) Mtg: ( )Debtor ( )JT Debtor(Wife) ( ) ATTY;   *AND* THEREFORE
the TRUSTEE STATES THAT (<u>CHECK</u> at least <u>ONE</u> AND <u>ALL</u> that apply);

    ( ) No further examination required of joint debtor who failed to complete meeting.

    ( ) Commencement of dismissal procedure is appropriate.

    ( ) Within 14 days trustee will submit form #750.3 (re: no dismissal).

    ( ) Debtor(s) did not produce proper I.D. at/before continued hrg – UST should file motion.

    ( ) 341 adjourned as further examination required by ( ) trustee ( ) creditor:_____.

    ( ) Notice was given to all that 341 mtg adjourned to _____(time), on _____(date),

    at the location of _____ FOR THE REASON THAT:

    _____

    (NOTE: TRUSTEE ANNOUNCED NO WRITTEN NOTICE OF ADJOURNMENT WILL BE GIVEN, except to the debtor(s)
               and debtor(s)' attorney, by the clerk, if neither were present.)

    ( ) Notice of adjourned 341 mtg. required BECAUSE _____,

    could NOT be announced BECAUSE _____.

( ) Debtor's Change of Address:               ( ) Jt. Debtor's Change of Address:

PERSONS ATTENDING MEETING

PRINT Your Name                    PRINT Name of Person or Business You Represent

_____    _____
_____    _____
_____    _____
_____    _____
_____    _____
_____    _____
_____    _____
_____    _____
_____    _____
_____    _____
_____    _____
_____    _____